IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TERESA J.[1],

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

No.: 3:17-cv-01453-SU

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Sullivan issued a Findings and Recommendation [27] on March 31, 2020, in which she recommends that the Court grant Plaintiff's Motion for Attorney Fees [26]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

---

[1] In the interest of privacy, this Order uses only the first name and the initial of the last name of the non-governmental party in this case.

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [27]. Accordingly, Plaintiff's Motion for Attorney Fees [26] is granted.

IT IS SO ORDERED.

DATED: _____April 27, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER